**E-FILED**

Tuesday, 17 May, 2005 03:15:00 PM
Clerk, U.S. District Court, ILCD

**FILED**

MAY 1 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PROB 22 (Rev 12/98) | | DOCKET NUMBER *(Tran. Court)* |
| **TRANSFER OF JURISDICTION** | | 0754 3:02CR30130-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 05-10027 |

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DIVISION/OFFICE U. S. Probation Office | |
| | Southern District of Illinois | East St. Louis, IL 62201 |
| Anthony C. Pelts 601 Romeo B. Garrett Avenue, Apt# 12205 Peoria, Illinois 61605 | NAME OF SENTENCING JUDGE | |
| | Honorable William D. Stiehl, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 4/15/05 — TO 4/14/07 |

OFFENSE

Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5 May 2005
*Date*

S/ U.S. District Judge
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of Illinois

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/16/05
*Effective Date*

S/ Michael M. Mihm
*United States District Judge*