**E-FILED**
Tuesday, 17 May, 2005  03:43:39 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## central district of illinois
### office of the clerk
**309 U.S. COURTHOUSE**
**100 N.E. MONROE STREET**
**PEORIA, ILLINOIS 61602**
May 17, 2005

**JOHN M.
WATERS**
**clerk of court**

**TEL: 309.671.7117**
**FAX: 309.671.7120**

U.S. District Court
Southern District of Illinois
750 Missouri Ave
East St. Louis, IL 62201

RE: USA v.  Anthony C. Pelts
CASE NO. PEORIA IL:  05-10027

Dear Sir:

Our office received the Transfer of Jurisdiction re: Anthony C. Pelts, case number 0754 3:02CR30130-001.
We are requesting that you send certified copies of the following documents: Indictment or Information,
Judgment and Commitment Order, Financial Ledger and Docket Sheet.   If you have any questions, please
contact our office.

Sincerely,

/s/ John M. Waters

John M. Waters
Clerk, U.S. District Court

JMW:kmb