UNITED STATES OF AMERICA

VS.                                                         05-10027

ANTHONY C. PELTS

**FILED**
SEP 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Pursuant to sentencing order of this court, defendant ANTHONY C. PELTS, is hereby ORDERED to be released immediately.

9/15/2005

s/Michael M. Mihm
Judge MICHAEL M. MIHM