AO 89 (Rev. 7/95) Subpoena in a Criminal Case

**E-FILED**
Tuesday, 20 September, 2005  04:32:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court

**CENTRAL** DISTRICT OF **ILLINOIS**

UNITED STATES OF AMERICA

V.

**ANTHONY C. PELTS**

TO:

**JAMES KIRK**

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: **05-10027**

**FILED**

SEP 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe Street<br>Peoria, Illinois 61602 | Judge Michael M. Mihm |
|  | DATE AND TIME<br>September 15, 2005<br>4:30PM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/ John M. Waters<br>(BY) DEPUTY CLERK<br>s/H. Kallister | September 8, 2005 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER<br><br>USAO#: 2005R00305 | Bradley W. Murphy<br>Assistant United States Attorney<br>211 Fulton Street, 4th floor<br>Peoria, Illinois 61602<br>Telephone: 309.671.7050 |

# PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9/9/05 | 1 Leland St. PEoria United Ready mix |
| SERVED | 9/9/05 | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| James Kirk | ☐ YES  ☐ NO  AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| GlEN Williams | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  9/9/05         s/ Deputy US Marshal
                Date         Signature of Server

100 NE MoNRoe St. PEoria, Il
Address of Server

ADDITIONAL INFORMATION