# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ANTHONY C. PELTS

TO:

HAROLD WATSON

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 05-10027

**FILED**

SEP 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>100 N.E. Monroe Street<br>Peoria, Illinois 61602 | Judge Michael M. Mihm |
| | DATE AND TIME<br>September 15, 2005<br>4:30PM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

---

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

s/ John M. Waters

(BY) DEPUTY CLERK

s/H. Kallister

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

USAO#: 2005R00305

DATE

September 8, 2005

Bradley W. Murphy
Assistant United States Attorney
211 Fulton Street, 4th floor
Peoria, Illinois 61602
Telephone: 309.671.7050

AO 89 (Rev. 7/95) Subpoena in a Criminal Case  (Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9/9/05 | Fed Building - PEORIA, IL |
| SERVED | 9/9/05 | 100 NE Monroe St. Peoria |

SERVED ON (PRINT NAME): Harold WATSON

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): GLEN Williams

TITLE: DUSM

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/9/05
Date

s/ Deputy US Marshal
Signature of Server

100 NE. Monroe St. PEORIA, IL
Address of Server

ADDITIONAL INFORMATION