E-FILED
Tuesday, 11 October, 2005 02:52:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | WARRANT FOR ARREST | |
| Plaintiff ) | | |
| ) | | |
| vs ) | | |
| ) | CASE NO. 05-10027-01 | |
| Anthony C. Pelts ) | | |
| ) | | |
| Peoria, IL 61605 ) | | |
| Defendant ) | | |

FILED
OCT 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Anthony C. Pelts, and bring him forthwith to the nearest magistrate judge to answer Petition charging him with violation of condition(s) of supervised release in violation of Title 18, United States Code, Section(s) 3583(e)(3).

MICHAEL M. MIHM                     U.S. DISTRICT JUDGE
Name of Issuing Officer             Title of Issuing Officer

s/ Michael M. Mihm                  9/22/05 Peoria, IL
Signature of Issuing Officer        Date and Location

Bail fixed at $ <u>NO BOND</u> by MICHAEL M. MIHM, U.S. DISTRICT JUDGE.

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Peoria, IL

| Date Received 9-23-05 | Name of Arresting Officer Glen Williams | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 9-23-05 | Title of Arresting Officer USMS | |