AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED E-FILED
Tuesday, 15 November, 2005 02:53:24 PM
Clerk, U.S. District Court, ILCD

NOV 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ANTHONY C. PELTS | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 05-10027-001<br>USM Number:<br>Robert Alvarado<br>Defendant's Attorney |

**FILED**
OCT 18 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __MC, SC1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Tampering with Electronic Monitoring Equipment | 9/20/2005 |
| 2 | Tampering with Electronic Monitoring Equipment | 9/20/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: 2/27/83

10/14/2005
Date of Imposition of Judgment

s/Michael M. Mihm
Signature of Judge

Defendant's Residence Address:

IIN CUSTODY

MICHAEL M. M MIHM,  U.S. District Judge
Name of Judge  Title of Judge

10-18-05
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
10/18/05

Defendant's Mailing Address:

Last known address:
601 W Romeo B Garrett Ave,
Apt. # 12205
Peoria, IL 61605-6309



AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: ANTHONY C. PELTS
CASE NUMBER: 05-10027-001

Judgment — Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

15 months plus 51 days.

☑ The court makes the following recommendations to the Bureau of Prisons:

Court recommends that defendant serve his sesntence in a minimum/low security facility as close to his family in Peoria, Illlinois, as possible. Court specifically recommends FCI Pekin. Court further recommends that defendant serve his sentence in a facility which will maximize his exposure to vocational and/or educational opportunities that are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __11-3-05__ to __mcfp__

at __Spfld, Mo__ with a certified copy of this judgment.

Robert E. McFadden, Warden
~~UNITED STATES MARSHAL~~

By __s/AGENT__
   ~~DEPUTY UNITED STATES MARSHAL~~