E-FILED
Wednesday, 11 January, 2006  03:49:24 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

JAN 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: Anthony Pelts

Case Number: 05-10027

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed ~~Pre-Sentence~~ Violation Report (document number 23), ~~Sentencing Recommen~~ Dispositional Report (document number 13) and Statement of Reason(s) Page (document number ____) were returned to the U.S. Probation Office on 01/09/6.

Received by:

S/ Douglas Heuermann /tm
U.S. Probation Office
Date: 01/09/06

RECEIVED
2006 JAN -9 PM 4:30
US PROBATION PEORIA